ACCEPTED
06-15-00045-cv
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
11/19/2015 3:20:44 PM
DEBBIE AUTREY
CLERK

NO. 06-15-00045-CV

IN THE COURT OF APPEALS
FOR THE SIXTH JUDICIAL DISTRICT
TEXARKANA, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
11/19/2015 3:20:44 PM
DEBBIE AUTREY
Clerk

## DUDLEY CONSTRUCTION, LTD., RICHARD MARK DUDLEY, AND HARTFORD FIRE INSURANCE COMPANY v. ACT PIPE & SUPPLY, INC.

ON APPEAL FROM THE
361ST JUDICIAL DISTRICT COURT
BRAZOS COUNTY, TEXAS
CAUSE NO. 12-000281-CV-361

## APPELLANTS DUDLEY CONSTRUCTION, LTD., RICHARD MARK DUDLEY, AND HARTFORD FIRE INSURANCE COMPANY'S MOTION TO EXTEND TIME TO FILE APPELLANTS' BRIEF

Dudley Construction, Ltd., Richard Mark Dudley, and Hartford Fire Insurance Company file this Motion to Extend Time to File Appellants' Brief and request the Court to extend the time for filing Appellants' Brief.

### BACKGROUND

The Appellants' deadline to file their Brief is Monday, November 23, 2015. Upon checking out the record and in the course of preparing Appellants' Brief, Appellants discovered that the Clerk's Record was incomplete because the Court's Charge and the jurors' answers to the jury questions were not included. These documents are necessary for Appellants to present their issues on appeal. Appellants requested the trial court clerk to

supplement the Clerk's record with those documents. Appellants have received confirmation from the district clerk that the supplemental record has been prepared, and Appellants have paid for that supplemental record. As of today, however, the supplemental record has not yet been filed with this Court. Appellants request an extension to file their brief to allow the full record to be presented to the Court so that justice may be done.

Additionally, this case is relatively complex. It concerns two separate construction projects. The Reporter's Record in this case is sixteen (16) volumes. The jury was asked sixteen questions, some with multiple parts. The trial court entered a judgment notwithstanding the verdict of some of the juries' answers. Appellants require additional time to brief this procedurally complicated case.

Furthermore, Appellants are represented on appeal by Robert A. Swearingen and his firm, The Swearingen Law Firm, Robert A. Swearingen, P.C. Robert A. Swearingen's father passed away on August 2, 2015. Obligations associated with that, as well as grief, have taken Robert A. Swearingen away from the office for extended periods of time. Additionally, the medications of Robert A. Swearingen was changed by his physician, and it took some time for Robert A. Swearingen to adapt to the change in that medication. Robert A. Swearingen's sole associate attorney, Byron D. Thompson, has been assisting in the preparation of the brief. Byron D. Thompson's father was diagnosed with cancer in July, and he passed away in early September. A friend of Byron D. Thompson was also killed in an automobile accident in August. Byron D. Thompson had difficulty focusing and was also been out of the office. These events caused the firm to get behind in their caseload.

Robert A. Swearingen was scheduled for a week-long jury trial that was not continued

until November 3, 2015. Robert A. Swearingen is currently scheduled and is preparing for a contested family law custody hearing that is set for November 23, 2015 and he is in mediation on November 20, 2015. Mr. Swearingen's sole associate, Byron D. Thompson, has been ill and out of the office for an extended period of time in the last week. These settings and unexpected illness has made it impossible to prepare Appellants' brief by the current deadline.

This motion is filed within the deadline to file a motion to extend time to file Appellants' brief as required by Rule 38.6(d) of the Texas Rules of Appellant Procedure.

## ARGUMENT AND AUTHORITIES

The Court may grant an extension of time to file an appellate brief under the authority of Texas Rule of Civil Procedure 38.6(d). The deadline to file the Appellant's brief is currently November 23, 2015. Appellants request an additional thirty (30) days to file Appellants' brief, extending the time until December 23, 2015 to file Appellants' brief. No previous extensions have been granted to extend the time to file Appellants' brief.

## CONCLUSION

The Court should extend the time for filing Appellants' Brief for thirty (30) days to allow sufficient time for the filing of the complete record of this case to be on file and for Appellants' attorney to prepare the brief.

## PRAYER

For these reasons, Appellants request that this Court issue an order as follows:

1.  Extend the time for filing Appellants' brief for thirty (30) days, until December 23, 2015.

Respectfully submitted,

THE SWEARINGEN LAW FIRM
ROBERT A. SWEARINGEN, P.C.

By: _____
Robert A. Swearingen
State Bar Number 19563050
3002 Texas Avenue South
College Station, Texas 77845-5048
(979) 680-9993 ~ Telephone
(979) 680-9991 ~ Facsimile

ATTORNEY FOR APPELLANTS
DUDLEY CONSTRUCTION, LTD., RICHARD
MARK DUDLEY, AND HARTFORD FIRE
INSURANCE COMPANY

## CERTIFICATE OF CONFERENCE

I attempted to confer with Appellee's counsel, Lisa M. Norman, about this motion by telephone twice on November 19, 2015, but was informed by that counsel's assistant that Ms. Norman was out of the office and unable to respond today.

_____
ROBERT A. SWEARINGEN

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent by certified mail, return receipt requested, hand delivery, and/or facsimile to counsel listed below on this the 19th day of November, 2015.

W. Jason Walker
Lisa M. Norman
ANDREWS MYERS, P.C.
3900 Essex Lane, Suite 800
Houston, Texas 77027
*via facsimile (713) 850-4211* and
*e-mail*

_____
ROBERT A. SWEARINGEN